NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**MHL CUSTOM, INC.,**
*Plaintiff-Cross-Appellant*

v.

**WAYDOO USA, INC., SHENZHEN WAYDOO INTELLIGENCE TECHNOLOGY CO., LTD.,**
*Defendants-Appellants*

2024-2116, 2024-2151

Appeals from the United States District Court for the District of Delaware in No. 1:21-cv-00091-RGA, Judge Richard G. Andrews.

**ON MOTION**

**O R D E R**

Appellants move to extend by 60 days, until November 19, 2024, the time to file the opening brief. Cross-appellant opposes but "agree[s] to a 14-day extension." ECF No. 13 at 5. Appellants' motion has demonstrated sufficient good cause to extend the deadline by 30 days. *See* Fed. R. App. P. 26(b). Extension beyond that amount is denied without

prejudice to a new motion for further extension supported by good cause.

Accordingly,

IT IS ORDERED THAT:

The motion is granted only to the extent described in this order.

FOR THE COURT

September 12, 2024
Date

Jarrett B. Perlow
Clerk of Court